UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| NY BAKERS LLC,<br><br>        *Plaintiff,*<br><br>  v.<br><br>MARIA BENTANIA DAMOTA, and<br>JOAO ARAUJO a/k/a JOAO DeARAUJO<br><br>        *Defendants*. | Case No. 1:20-cv-05291-KAM-SMG |

**DEFENDANTS' ANSWER AND DEFENSES TO THE COMPLAINT**

Defendants Maria Bentania Damota and Joao Araujo a/k/a Joao DeAraujo (collectively "Defendants"), by and through their attorneys, Thompson & Skrabanek, PLLC, as and for their Answer to the Complaint filed by Plaintiff NY Bakers LLC (hereinafter, "Plaintiff") on November 2, 2020, hereby respond as follows:

**NATURE OF ACTION**

1. The allegations set forth in paragraph 1 of the Complaint constitute legal conclusions which require neither an admission nor a denial, but if a response is required Defendants deny them.

2. Deny knowledge or information sufficient to form a belief as to the truth of the allegations set forth in paragraph 2 of the Complaint.

3. Deny knowledge or information sufficient to form a belief as to the truth of the allegations set forth in paragraph 3 of the Complaint.

4. The allegations set forth in paragraph 4 of the Complaint constitute legal conclusions which require neither an admission nor a denial, but if a response is required Defendants deny them.

**PARTIES**

5. Deny knowledge or information sufficient to form a belief as to the truth of the allegations set forth in paragraph 5 of the Complaint.

6. Admit the allegations set forth in paragraph 6 of the Complaint.

7. Admit the allegations set forth in paragraph 7 of the Complaint.

8. Admit the allegations set forth in paragraph 8 of the Complaint.

## JURISDICTION AND VENUE

9. The allegations set forth in paragraph 9 of the Complaint constitute legal conclusions which require neither an admission nor a denial, but if a response is required Defendants deny them.

10. The allegations set forth in paragraph 10 of the Complaint constitute legal conclusions which require neither an admission nor a denial, but if a response is required Defendants deny them.

11. Admit the allegations set forth in paragraph 11 of the Complaint.

12. The allegations set forth in paragraph 12 of the Complaint constitute legal conclusions which require neither an admission nor a denial, but if a response is required Defendants deny them.

13. The allegations set forth in paragraph 13 of the Complaint constitute legal conclusions which require neither an admission nor a denial, but if a response is required Defendants deny them.

## FACTS COMMON TO ALL CAUSES OF ACTION

14. Admit the allegations set forth in paragraph 14 of the Complaint.

15. Deny knowledge or information sufficient to form a belief as to the truth of the allegations set forth in paragraph 15 of the Complaint.

16. Admit the allegations set forth in paragraph 16 of the Complaint.

17. Admit the allegations set forth in paragraph 17 of the Complaint.

18. Deny the allegations set forth in paragraph 18 of the Complaint.

19. Deny the allegations set forth in paragraph 19 of the Complaint.

20. Admit the allegations set forth in paragraph 20 of the Complaint.

21. Admit the allegations set forth in paragraph 21 of the Complaint.

22. Deny the allegations set forth in paragraph 22 of the Complaint.

23. Deny the allegations set forth in paragraph 23 of the Complaint.

24. Admit the allegations set forth in paragraph 24 of the Complaint.

25. Deny the allegations set forth in paragraph 25 of the Complaint.

26. Deny the allegations set forth in paragraph 26 of the Complaint.

27. Admit the allegations set forth in paragraph 27 of the Complaint.

28. Admit the allegations set forth in paragraph 28 of the Complaint.

29. Admit the allegations set forth in paragraph 29 of the Complaint.

30. Admit the allegations set forth in paragraph 30 of the Complaint.

31. Admit the allegations set forth in paragraph 31 of the Complaint.

32. Admit the allegations set forth in paragraph 32 of the Complaint.

33. Admit to extent that on September 2, 2019, the parties agreed they would enter into Joint Venture agreement forming a new company but deny that the $200,000 was "for R&D of the Yuka crackers and other breads"

34. Admit the allegations set forth in paragraph 34 of the Complaint.

35. Admit the allegations set forth in paragraph 35 of the Complaint.

36. Admit the allegations set forth in paragraph 36 of the Complaint.

37. Admit the allegations set forth in paragraph 37 of the Complaint.

38. Admit the allegations set forth in paragraph 38 of the Complaint.

39. Admit to extent that Defendant received $200,000 pursuant to the agreement; otherwise deny the allegations in paragraph 39 of the Complaint.

40. Deny the allegations set forth in paragraph 40 of the Complaint.

41. Admit the allegations set forth in paragraph 41 of the Complaint.

42. Admit the allegations set forth in paragraph 42 of the Complaint.

43. Admit the allegations set forth in paragraph 43 of the Complaint.

44. Deny the allegations set forth in paragraph 44 of the Complaint.

45. Deny the allegations set forth in paragraph 45 of the Complaint.

46. Deny the allegations set forth in paragraph 46 of the Complaint.

47. Deny the allegations set forth in paragraph 47 of the Complaint.

48. Deny the allegations set forth in paragraph 48 of the Complaint.

49. Deny the allegations set forth in paragraph 49 of the Complaint.

50. Deny the allegations set forth in paragraph 50 of the Complaint.

51. Deny the allegations set forth in paragraph 51 of the Complaint.

52. Deny the allegations set forth in paragraph 52 of the Complaint.

53. Deny the allegations set forth in paragraph 53 of the Complaint.

54. Deny the allegations set forth in paragraph 54 of the Complaint.

55. Deny the allegations set forth in paragraph 55 of the Complaint.

56. Deny the allegations set forth in paragraph 56 of the Complaint.

57. Deny the allegations set forth in paragraph 57 of the Complaint.

58. Deny the allegations set forth in paragraph 58 of the Complaint.

59. Deny the allegations set forth in paragraph 59 of the Complaint.

60. Deny the allegations set forth in paragraph 60 of the Complaint.

61. Admit to extent that the parties agreed to expand sales into Pennsylvania and that Plaintiff was to obtain a driver; otherwise deny the allegations in paragraph 61 of the Complaint.

62. Deny the allegations set forth in paragraph 62 of the Complaint.

63. Deny the allegations set forth in paragraph 63 of the Complaint.

64. Deny the allegations set forth in paragraph 64 of the Complaint.

65. Admit to extent that there were customer complaints regarding the quality of the products but deny that the cause of poor quality was related to the making of the products.

66. Admit the allegations set forth in paragraph 66 of the Complaint.

67. Deny the allegations set forth in paragraph 67 of the Complaint.

68. Admit the allegations set forth in paragraph 68 of the Complaint.

69. Admit the allegations set forth in paragraph 69 of the Complaint.

70. Deny the allegations set forth in paragraph 70 of the Complaint.

71. Deny the allegations set forth in paragraph 71 of the Complaint.

72. Deny the allegations set forth in paragraph 72 of the Complaint.

73. Deny the allegations set forth in paragraph 73 of the Complaint.

74. Deny the allegations set forth in paragraph 74 of the Complaint.

75. Deny the allegations set forth in paragraph 75 of the Complaint.

76. Deny the allegations set forth in paragraph 76 of the Complaint.

77. Deny the allegations set forth in paragraph 77 of the Complaint.

## FIRST CAUSE OF ACTION

78. In response to the allegations set forth in paragraph 78 of the Complaint, Defendant repeats and realleges its responses to paragraphs 1 through 77 of the Complaint as if each were fully set forth herein.

79. Deny knowledge or information sufficient to form a belief as to the truth of the allegations set forth in paragraph 79 of the Complaint.

80. Deny knowledge or information sufficient to form a belief as to the truth of the allegations set forth in paragraph 80 of the Complaint.

81. Deny knowledge or information sufficient to form a belief as to the truth of the allegations set forth in paragraph 81 of the Complaint.

82. Admit to extent that Defendant purchased necessary equipment and paid labor costs and expenses pursuant to the agreement; otherwise deny the allegations set forth in paragraph 82 of the Complaint.

83. Deny the allegations set forth in paragraph 83 of the Complaint.

84. Deny the allegations set forth in paragraph 84 of the Complaint.

85. Admit the allegations set forth in paragraph 85 of the Complaint.

86. Admit the allegations set forth in paragraph 86 of the Complaint.

87. Admit the allegations set forth in paragraph 87 of the Complaint.

88. Admit the allegations set forth in paragraph 88 of the Complaint.

89. Deny the allegations set forth in paragraph 89 of the Complaint.

90. Deny the allegations set forth in paragraph 90 of the Complaint.

91. Deny the allegations set forth in paragraph 91 of the Complaint.

92. Deny the allegations set forth in paragraph 92 of the Complaint.

93. Deny the allegations set forth in paragraph 93 of the Complaint.

94. Deny the allegations set forth in paragraph 94 of the Complaint.

95. Deny the allegations set forth in paragraph 95 of the Complaint.

96. Deny the allegations set forth in paragraph 96 of the Complaint.

97. Deny the allegations set forth in paragraph 97 of the Complaint.

98. Deny knowledge or information sufficient to form a belief as to the truth of the allegations set forth in paragraph 98 of the Complaint.

99. Deny knowledge or information sufficient to form a belief as to the truth of the allegations set forth in paragraph 99 of the Complaint.

100. Deny knowledge or information sufficient to form a belief as to the truth of the allegations set forth in paragraph 100 of the Complaint.

101. Deny the allegations set forth in paragraph 101 of the Complaint.

102. Deny the allegations set forth in paragraph 102 of the Complaint.

103. Deny the allegations set forth in paragraph 103 of the Complaint.

104. The allegations set forth in paragraph 104 of the Complaint constitute legal conclusions which require neither an admission nor a denial, but if a response is required Defendants deny them.

## SECOND CAUSE OF ACTION

105. In response to the allegations set forth in paragraph 143 of the Complaint, Defendant repeats and realleges its responses to paragraphs 1 through 142 of the Complaint as if each were fully set forth herein.

106. Deny the allegations set forth in paragraph 106 of the Complaint.

107. Deny the allegations set forth in paragraph 107 of the Complaint.

108. Deny the allegations set forth in paragraph 108 of the Complaint.

109. Deny the allegations set forth in paragraph 109 of the Complaint.

110. Deny knowledge or information sufficient to form a belief as to the truth of the allegations set forth in paragraph 110 of the Complaint.

111. Deny knowledge or information sufficient to form a belief as to the truth of the allegations set forth in paragraph 111 of the Complaint.

112. Deny knowledge or information sufficient to form a belief as to the truth of the allegations set forth in paragraph 112 of the Complaint.

113. Deny the allegations set forth in paragraph 113 of the Complaint.

114. Deny the allegations set forth in paragraph 114 of the Complaint.

115. Deny the allegations set forth in paragraph 115 of the Complaint.

116. Deny the allegations set forth in paragraph 116 of the Complaint.

117. Deny the allegations set forth in paragraph 117 of the Complaint.

118. Deny the allegations set forth in paragraph 118 of the Complaint.

119. Deny knowledge or information sufficient to form a belief as to the truth of the allegations set forth in paragraph 119 of the Complaint.

120. Deny knowledge or information sufficient to form a belief as to the truth of the allegations set forth in paragraph 120 of the Complaint.

121. Deny the allegations set forth in paragraph 121 of the Complaint.

122. Deny the allegations set forth in paragraph 122 of the Complaint.

123. Deny the allegations set forth in paragraph 123 of the Complaint.

124. Deny the allegations set forth in paragraph 124 of the Complaint.

125. Deny the allegations set forth in paragraph 125 of the Complaint.

126. Deny the allegations set forth in paragraph 126 of the Complaint.

127. Deny the allegations set forth in paragraph 127 of the Complaint.

128. Deny the allegations set forth in paragraph 128 of the Complaint.

129. Deny the allegations set forth in paragraph 129 of the Complaint.

130. Deny the allegations set forth in paragraph 130 of the Complaint.

131. Deny the allegations set forth in paragraph 131 of the Complaint.

132. Deny the allegations set forth in paragraph 132 of the Complaint.

133. Deny the allegations set forth in paragraph 133 of the Complaint.

134. Deny the allegations set forth in paragraph 134 of the Complaint.

135. Deny the allegations set forth in paragraph 135 of the Complaint.

136. Deny the allegations set forth in paragraph 136 of the Complaint.

137. Deny the allegations set forth in paragraph 137 of the Complaint.

138. Deny the allegations set forth in paragraph 138 of the Complaint.

139. Deny the allegations set forth in paragraph 139 of the Complaint.

140. Deny the allegations set forth in paragraph 140 of the Complaint.

141. Deny the allegations set forth in paragraph 141 of the Complaint.

142. Deny the allegations set forth in paragraph 142 of the Complaint.

143. The allegations set forth in paragraph 143 of the Complaint constitute legal conclusions which require neither an admission nor a denial, but if a response is required Defendants deny them.

## THIRD CAUSE OF ACTION

144. In response to the allegations set forth in paragraph 144 of the Complaint, Defendant repeats and realleges its responses to paragraphs 1 through 143 of the Complaint as if each were fully set forth herein.

145. The allegations set forth in paragraph 145 of the Complaint constitute legal conclusions which require neither an admission nor a denial, but if a response is required Defendants deny them.

146. Deny the allegations set forth in paragraph 146 of the Complaint.

147. Deny the allegations set forth in paragraph 147 of the Complaint.

148. The allegations set forth in paragraph 148 of the Complaint constitute legal conclusions which require neither an admission nor a denial, but if a response is required Defendants deny them.

149. Deny the allegations set forth in paragraph 149 of the Complaint.

150. Deny the allegations set forth in paragraph 150 of the Complaint.

151. Deny the allegations set forth in paragraph 151 of the Complaint.

152. Deny the allegations set forth in paragraph 152 of the Complaint.

153. Deny the allegations set forth in paragraph 153 of the Complaint.

154. The allegations set forth in paragraph 154 of the Complaint constitute legal conclusions which require neither an admission nor a denial, but if a response is required Defendants deny them.

155. Deny the allegations set forth in paragraph 155 of the Complaint.

156. The allegations set forth in paragraph 156 of the Complaint constitute legal conclusions which require neither an admission nor a denial, but if a response is required Defendants deny them.

157. The allegations set forth in paragraph 157 of the Complaint constitute legal conclusions which require neither an admission nor a denial, but if a response is required Defendants deny them.

158. The allegations set forth in paragraph 158 of the Complaint constitute legal conclusions which require neither an admission nor a denial, but if a response is required Defendants deny them.

159. Deny the allegations set forth in paragraph 159 of the Complaint.

160. Deny the allegations set forth in paragraph 160 of the Complaint.

161. Deny the allegations set forth in paragraph 161 of the Complaint.

162. Deny the allegations set forth in paragraph 162 of the Complaint.

163. Deny the allegations set forth in paragraph 163 of the Complaint.

164. Deny knowledge or information sufficient to form a belief as to the truth of the allegations set forth in paragraph 164 of the Complaint.

165. Deny knowledge or information sufficient to form a belief as to the truth of the allegations set forth in paragraph 165 of the Complaint.

166. The allegations set forth in paragraph 166 of the Complaint constitute legal conclusions which require neither an admission nor a denial, but if a response is required Defendants deny them.

167. Paragraph 167 contains no allegation which requires Defendants to admit or deny.

Deny that Plaintiff is entitled to any relief described in the "WHEREFORE" clause of the Complaint.

Deny each and every allegation in the Complaint not expressly limited to herein.

## AFFIRMATIVE DEFENSES

### FIRST DEFENSE

168. Plaintiff's Complaint, in whole or in part, fails to state a valid cause of action, or claim upon which relief may properly be granted against Defendants.

## SECOND DEFENSE

169. Plaintiff's claims are barred because the court lacks jurisdiction over this dispute.

## THIRD DEFENSE

170. Plaintiff's claims are barred because it has breached its duty of good faith and fair dealing.

## FOURTH DEFENSE

171. All of Plaintiff's claims are barred by the doctrine of unclean hands as Plaintiff has committed a wrongdoing, and this lawsuit is attempting to benefit from his wrongdoing.

## FIFTH DEFENSE

172. Plaintiff's causes of action are barred, in whole or in part, because Defendants did not damage Plaintiff in the sum or manner alleged, or in any sum or manner at all.

## SIXTH DEFENSE

173. Plaintiff's claims are barred, in whole or in part, insofar as Defendant's alleged actions or omissions were not the proximate cause of any alleged injury, loss, and/or damages incurred by the Plaintiff.

## SEVENTH DEFENSE

174. Plaintiff's claims are barred, in whole or in part, for its failure to mitigate its alleged damages.

## EIGHTH DEFENSE

175. Plaintiff's causes of action are barred, in whole or in part, because Defendants have, at all relevant times, acted in good faith.

## NINTH DEFENSE

176. Plaintiff's causes of action are barred, in whole or in part, because the payment of the requested damages would result in unjust enrichment to Plaintiff.

**TENTH DEFENSE**

177. Plaintiff's claims are barred, in whole or in part, by estoppel and/or waiver.

**ELEVENTH DEFENSE**

178. In addition to the foregoing defenses, Defendants reserve the right to amend their Answer to the Complaint to raise any and all additional affirmative and other defenses that may become evident during discovery and during any other proceeding in this action or to pursue any available counterclaims against Plaintiff.

**DEMAND FOR JURY TRIAL**

Defendants hereby respectfully make a demand for trial by a jury of their peers.

New York, New York
Dated: April 23, 2021

_____
John J. Thompson
THOMPSON & SKRABANEK, PLLC
42 W. 38th Street, Suite 1002
New York, NY 10018
(646) 568-4280
jt@ts-firm.com

*Attorneys for Defendants Maria Bentania Damota, and Joao Araujo a/k/a Joao DeAraujo*