# CIVIL MINUTE CALENDAR

**Before EDNY, U.S. District Judge Ramón E. Reyes, Jr.**

**Date:** 7/23/2024    **Time in Court:** 20 minutes

**Docket Number:** 20-CV-5291

**Case Title:** *NY Bakers LLC v. Bentania Damota et al*

**Court Reporter** N/A    **FTR Log:** RER Webex Audio

**Law Clerk:** AH

**Plaintiff represented by:** Steven A. Biolsi

**Defendant Maria Bentania Damota represented by:** Maria Bentania Damota (pro se)

**Defendant Joao Araujo represented by:** Joao Araujo (pro se)

**Type of Hearing Held:** Video Conference

**Pending Motion(s):** N/A

**TEXT:**

Case called. Discussions held. The trial initially scheduled for August 29, 2024, is adjourned to **November 4, 2024**. If Defendants do retain counsel, their attorney(s) must file a notice of appearance and/or pro hac vice motion by **August 9, 2024**. A joint status report is due by **September 27, 2024**, on (1) whether the parties plan to proceed with a bench or jury trial and (2) efforts to resolve the case. A final pretrial conference is set for **October 29, 2024**, at 11:00 AM before District Judge Ramon E. Reyes, Jr. The parties are directed to appear via video using the ZOOM.gov invitation link sent to the email addresses listed on the docket, and all other participates may join by phone using the Toll number: dial in 1 646 828 7666 US (New York), Meeting ID: 160 3343 2842, Passcode: 297706. Contact the E.S.R., Dept. at (718) 613-2590 to order the transcript.