**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**

_____

NY Bakers LLC,

Plaintiff(s),

-against-

Maria Betania Damota, and Joao Araujo a/k//a Joao DeAraujo,

Defendants(s)
_____.

Case No.
20-cv-05291-KAM-RER

Response to Court's suggestion to a bench trial

FILED
Oct 7, 2024, 2:01 PM
in the Clerk's Office
U.S. District Court,
EDNY, Brooklyn
Pro Se Office via
Box.com

Dear Judge Ramon E. Reyes,

We hope this message finds you well. We are writing to formally waive our right to a jury trial and consent to a bench trial in the above-referenced matter.

Additionally, we kindly request that you allow for the appearance of witnesses via video conference. Given the circumstances surrounding this case, this accommodation would facilitate the participation of key witnesses who may otherwise face challenges in appearing in person. We believe that this approach will ensure a fair and comprehensive presentation of evidence without compromising the integrity of the proceedings.

Thank you for considering our requests. We appreciate your attention to this matter and look forward to your guidance on the next steps.

Sincerely,

Dated: Framingham, MA

October, 7 2024

/s/ Maria B Damota

/s/ Joao Araujo