# CIVIL MINUTE CALENDAR

**Before EDNY, U.S. District Judge Ramón E. Reyes, Jr.**

**Date: ____10/22/2024_____        Time in Court:__32 min__**

**Docket Number: _____20-cv-5291_____**

**Case Title:_____ NY Bakers LLC v. Bentania Damota et al_____**

**Court Reporter: _____Stacy Mace_____    FTR Log:____# RER Webex Audio___**

**Law Clerk:_____MH_____**

**Plaintiff(s)/Petitioner represented by:**

Kyra Mercadier; Steven Biolsi

**Defendant(s)/Respondent represented by:**

Maria Bentania Damota; Joao Araujo

**Type of Hearing Held: _____Pretrial Conference_____**

**Pending Motion(s):_____n/a_____**

**TEXT:** Case called. Discussion held. Updated trial management order to follow.