UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF NEW YORK

NY BAKERS LLC,

          *Plaintiff,*

v.

MARIA BENTANIA DAMOTA, and
JOAO ARAUJO a/k/a JOAO DeARAUJO,

          *Defendants*.

**NOTICE OF APPEARANCE**

Case No. 1:20-cv-05291

PLEASE TAKE NOTICE that John J. Thompson, a partner with THOMPSON & SKRABANEK, PLLC, hereby enters his appearance on behalf of Defendants Maria Bentania Damota and Joao Araujo in the above-entitled action. I am admitted to practice in this court. All further notice and copies of pleadings, papers and other material relevant to this action should be served upon the undersigned at the address stated below.

Dated: October 29, 2024
      New York, New York

                                     John J. Thompson

                                     THOMPSON & SKRABANEK, PLLC
                                     515 Madison Avenue, 31st Floor
                                     New York, NY 10022
                                     (646) 568-4010
                                     jt@ts-firm.com

                                     *Attorneys for Maria Bentania Damota and Joao Araujo*